UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

JOSEPH ALAN WILLIAMS            Chapter 7
                                             Case No. 08-61071-SWR
                   Debtor.                Hon: Steven W. Rhodes
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

       The attached check in the amount of $0.94, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | ECast Settlement Corporation<br>Assignee of HSBC Bank<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712 | $0.94 |
| | **TOTAL:** | **$0.94** |

Dated:    7/22/10                                            /s/ Stuart A. Gold
                                                                       Stuart A. Gold, Trustee
                                                                       24901 Northwestern Hwy., Ste 444
                                                                       Southfield, MI 48075-2223
                                                                       (248) 350-8220
                                                                       stuart.gold@7trustee.net